GENERAL FUND

ALABAMA FOR THE SOUTHERN DISTRICT OF
FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 06/18/2020

| CASE NO. | | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|---|
| 14-04055 | #626 | VELMA GREENE THOMAS | APEX CORPORATION | 3150 MOFFETT ROAD MOBILE, AL 36607 | 234016 | $ 89.16 |
| 15-02007 | #625 | ROBERT LEE RAMSEY QUEEN ESTER RAMSEY | APPROVED CASH ADVANCE | 1306 E. HIGHLAND AVENUE SELMA, AL 36701 | 234026 | $ 37.53 |
| 15-02007 | #625 | ROBERT LEE RAMSEY QUEEN ESTER RAMSEY | APPROVED CASH ADVANCE | 1306 E. HIGHLAND AVENUE SELMA, AL 36701 | 234026 | $ 0.47 |
| 17-00536 | #626 | SHAWNNA L. MITCHELL | CASH EXPRESS LLC | 345 SOUTH JEFFERSON AVENUE STE 300 COOKEVILLE, TN 38501 | 234358 | $ 7.07 |
| 15-00283 | #625 | CRAIG COOKS SHARON PAULETTE COOKS | NORTH AMERICAN AUTO FINANCE, LLC | P.O. BOX 7690 MONROE, LA 71211 | 235571 | $ 767.25 |
| 15-00283 | #625 | CRAIG COOKS SHARON PAULETTE COOKS | NORTH AMERICAN AUTO FINANCE, LLC | P.O. BOX 7690 MONROE, LA 71211 | 235571 | $ 3.16 |
| 15-02571 | #625 | MICHELLE DENISE SALTER | NORTH AMERICAN AUTO FINANCE, LLC | P.O. BOX 7690 MONROE, LA 71211 | 235571 | $ 266.44 |
| 15-02571 | #625 | MICHELLE DENISE SALTER | NORTH AMERICAN AUTO FINANCE, LLC | P.O. BOX 7690 MONROE, LA 71211 | 235571 | $ 1.28 |
| 16-01471 | #626 | KATRINA LYNETTE PARKER HEARD | SENEX SERVICES, INC. | 333 FOUNDERS ROAD SECOND FLOOR INDIANAPOLIS, IN 46268 | 236063 | $ 7.84 |
| 15-00819 | #626 | CHARLES EDWARD ROBERTSON, JR. | TUSKEGEE UNIVERSITY | 1200 W. MONTGOMERY ROAD 108 KRESGE C TUSKEGEE INSTITUTE, AL 36088 | 236472 | $ 8.97 |
| 15-01526 | #626 | MYRA WIILSON | WELLS FARGO BANK, N.A. | P.O. BOX 512189 LOS ANGELES, CA 90030 | 236659 | $ 15.17 |
| 15-01650 | #626 | ANTHONY BERNARD HUNTER | WELLS FARGO BANK, N.A. | P.O. BOX 512189 LOS ANGELES, CA 90030 | 236659 | $ 25.82 |
| 16-04317 | #625 | KAREN HARRIS | WMW LAND, LLC | P.O. BOX 400 ANNINSTON, AL 36202 | 236763 | $ 1.54 |
| 15-01281 | #626 | APRIL C. WILSON | WORLD CREDIT RECOVERY, LLC | 1200 N. ARLINGTON HEIGHTS ROAD STE 420 ITASCA, IL 60145 | 236777 | $ 7.48 |
| 15-02068 | #632 | JUNE A. ACREE | JUNE A. ACREE | 504 FOREST CIRCLE #312 WALTERBORO, SC 29488 | 236805 | $ 161.09 |

# GENERAL FUND

## FOR THE SOUTHERN DISTRICT OF ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN: COVERING THE PERIOD 06/18/2020

| CASE NO. | | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|---|
| 17-03282 | #632 | SHIRLEY ALECIA ALEXANDER | SHIRLEY ALECIA ALEXANDER | 2485 SAYNER AVENUE MOBILE, AL 36605 | 236806 | $ 108.00 |
| 17-01407 | #632 | JIMMY FAY FIRSTER | JIMMY FAY FIRSTER | 10921 THOMAS ROAD THEODORE, AL 36582 | 236840 | $ 97.60 |
| 16-01320 | #632 | JAMARQUIS NICHEAL GILL | JAMARQUIS NICHEAL GILL | 101 FOREMAN ROAD APT A77 MOBILE, AL 36608 | 236845 | $ 1.72 |
| 15-01451 | #632 | STEPHANIE L. GUINN | STEPHANIE L. GUINN | 9530 SOLDIER CREEK ROAD LILLIAN, AL 36549 | 236853 | $ 4.88 |
| 15-01777 | #632 | GWENDOLYN M. HARDY | GWENDOLYN M. HARDY | 271 MAYFLOWER STREET MOBILE, AL 36606 | 236857 | $ 13.19 |
| 15-01176 | #632 | CYNTHIA A. HOWINGTON | CYNTHIA A. HOWINGTON | 11120 ROSA CT. FAIRHOPE, AL 36532 | 236870 | $ 40.73 |
| 15-01888 | #632 | JULIANNA M. JERKINS | JULIANNA M. JERKINS | 14866 CHASE COURT SUMMERDALE, AL 36580 | 236872 | $ 89.56 |
| 15-02835 | #632 | TIMOTHY J. MELTON | TIMOTHY J. MELTON | 205 LA GRANGE COURT FOLEY, AL 36535 | 236901 | $ 2,402.04 |
| 15-01611 | #632 | SHELLIE MILLER | SHELLIE MILLER | 10237 WILLIS ROAD FOLEY, AL 36535 | 236903 | $ 7.97 |
| 15-01689 | #632 | TALMADGE JOEL MOONEY RHONDA LEE MOONEY | TALMADGE JOEL MOONEY RHONDA LEE MOONEY | 114 ROBBINS BOULEVARD DAPHNE, AL 36526 | 236906 | $ 99.04 |
| 19-11012 | #634 | SHELDON TERRELL PETERS, JR. | SHELDON TERRELL PETERS, JR. | 650 JOHNSTON AVENUE MOBILE, AL 36606 | 236915 | $ 63.00 |
| 15-02867 | #632 | WILLIE C. PRIM | WILLIE C. PRIM | 143270 LOXLEY HEIGHTS ROAD WEST LOXLEY, AL 36551 | 236920 | $ 30.58 |
| 15-00819 | #632 | CHARLES EDWARD ROBERTSON, JR. | CHARLES EDWARD ROBERTSON, JR. | 658 ELMIRA STREET MOBILE, AL 36603 | 236932 | $ 1.15 |
| 19-11278 | #632 | AUDREY F. ROBINSON | AUDREY F. ROBINSON | 132 CHESTNUT DRIVE JACKSON, AL 36545 | 236933 | $ 0.99 |
| 15-01544 | #632 | NICKLOS FLOYD ROBINSON ELIZABETH P. ROBINSON | NICKLOS FLOYD ROBINSON ELIZABETH P. ROBINSON | 11450 OLD HIGHWAY 31 SPANISH FORT, AL 36527 | 236934 | $ 23.03 |

GENERAL FUND

ALABAMA FOR THE SOUTHERN DISTRICT OF
FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 06/18/2020

| CASE NO. | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| 16-00362 #632 | SANDRA SUMMERLIN | SANDRA SUMMERLIN | 641 JOSEPHS LANE MOBILE, AL 36610 | 236953 | $ 1.34 |
| 15-04176 #632 | NAKITHIA D. THURMON | NAKITHIA D. THURMON | 6560 KINGS BRANCH DRIVE NORTH MOBILE, AL 36618 | 236958 | $ 91.02 |
| 15-01716 #632 | JAMES VALLE LILLIAN VALLE | JAMES VALLE LILLIAN VALLE | 221 ROB DRIVE MCINTOSH, AL 36553 | 236960 | $ 1.88 |
| 16-00051 #632 | JAMES B. WHITE BRENDA E. WHITE | JAMES B. WHITE BRENDA E. WHITE | PO BOX 35 SARALAND, AL 36571 | 236963 | $ 60.35 |
| 15-00430 #632 | FREDERICK LEVALL WILLIAMS, JR. | FREDERICK LEVALL WILLIAMS, JR. | 7759 BELLINGRATH ROAD THEODORE, AL 36582 | 236965 | $ 17.24 |
| 19-12288 #634 | RANDY LA MARIO WILLIAMS | RANDY LA MARIO WILLIAMS | 191 BANKSTON ROAD JACKSON, AL 36545 | 236966 | $ 10.53 |
| 19-12978 #632 | GWEN WILSON | GWEN WILSON | 2500 DAUPHINWOOD DRIVE MOBILE, AL 36606 | 236968 | $ 398.00 |
| | | TOTAL | | | $ 4,964.11 |
| G/L #625 | | | | | 1,077.67 |
| G/L #626 | | | | | 161.51 |
| G/L #632 | | | | | 3,651.40 |
| G/L #634 | | | | | 73.53 |
| | | | | | $ 4,964.11 |